HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-143-KJM |
|---|---|
| Plaintiff, | ) **ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL DISPOSITIONAL MEMORANDUM UNDER SEAL** |
| v. | ) |
| FRANKIE GEORGE WILLIAMS, | ) Date: December 11, 2023 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to file Defendant's Supplemental Dispositional Memorandum under seal be granted so that the Memorandum is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: December 11, 2023

_____
KIMBERLY J. MUELLER
Chief United States District Judge